WALTER G. GREEN v. WILLIAM R. BEST

No. 7015SC597

(Filed 21 October 1970)

**Rules of Civil Procedure § 12; Appeal and Error § 6— orders appealable — denial of motion to dismiss complaint**
    The Court of Appeals will not entertain an appeal from an order denying defendant's motion to dismiss plaintiff's complaint for failure of the complaint to state a cause of action upon which relief can be granted; the defendant's remedy is to petition for writ of *certiorari.* G.S. 1A-1, Rule 12(b)(6); Court of Appeals Rule No. 4(a).

APPEAL by defendant from *Braswell, J.,* May 1970 Session, ALAMANCE Superior Court.

This is an action for slander commenced by issuance of summons and filing of complaint on 11 July 1969. An amended complaint was filed and on 8 April 1970, defendant filed a mo-

tion to dismiss the action. From an order denying his motion to dismiss, defendant attempts to appeal to this court.

*Wilkinson and Vosburgh by John A. Wilkinson for plaintiff appellee.*

*Latham, Pickard and Ennis by James F. Latham for defendant appellant.*

BRITT, Judge.

Plaintiff contends that because of Rule 4(a) of the Rules of Practice in the Court of Appeals, an appeal by defendant from the order denying his motion to dismiss plaintiff's action for that the complaint fails to state a claim upon which relief can be granted is not proper. We agree with the contention.

Although defendant does not state in his motion to dismiss the rule of Civil Procedure under which he moves, presumably it is Rule 12(b)(6). In the recent case of *Sutton v. Duke, et als,* 277 N.C. 94, 176 S.E. 2d 161 (filed 28 August 1970), opinion by Sharp, Justice, we find:

> "A motion to dismiss 'for failure to state a claim upon which relief can be granted' is the modern equivalent of a demurrer. (citations) ***** Accordingly, we treat the demurrer in this case as a motion to dismiss under our Rule 12(b)(6) and consider whether plaintiff has stated in his complaint 'a claim upon which relief can be granted'."

In like manner we feel that until Rule 4 of the Rules of Practice in the Court of Appeals is rewritten to conform with the Rules of Civil Procedure, we should treat a motion to dismiss under Rule 12(b)(6) as a demurrer and not entertain an appeal from an order denying the motion, subject to the right of the movant to petition for *certiorari* as envisioned by said Rule 4.

For the reasons stated, the appeal is dismissed.

Appeal dismissed.

Judges CAMPBELL and VAUGHN concur.